620

462 A.2d 291

Hoffmaster v. Litton Inds., Inc., et al., Appellants.
Reargument Denied July 25, 1983.

Petition for Allowance of Appeal
Denied Nov. 17, 1983.

Before SPAETH, ROWLEY and CIRILLO, JJ.

The order of the lower court is affirmed.

460 A.2d 861

Kiger v. Retos, Jr., Appellant.
Petition for Allowance of Appeal
Denied Oct. 4, 1983.

Before CERCONE, P.J., WIEAND and BECK, JJ.

The order of the lower court is affirmed.